

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FINCK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RANCHO GUEJITO CORPORATION, a California corporation,<br><br>    Defendant. | Case No. 12-cv-03014-WMC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE** |
| RANCHO GUEJITO CORPORATION, a California corporation,<br><br>    Counter-Claimant,<br><br>v.<br><br>ROBERT FINCK, an individual,<br><br>    Counter-Respondent. | |

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755

The Court has reviewed the Parties' Joint Motion to Dismiss Action Without Prejudice. Good cause existing, the motion is GRANTED. Each Party shall bear its own attorneys' fees, costs and expenses.

It is further ORDERED that in accordance with the Parties' consent, Magistrate Judge William McCurine, Jr., shall retain jurisdiction for two years from April 17, 2013, to enforce and/or adjudicate any issues pertaining to the Parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: 4/29/13

HONORABLE WILLIAM McCURINE, JR.
Magistrate Judge of the
United States District Court
Southern District of California