# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FINCK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RANCHO GUEJITO CORPORATION, a California corporation,<br><br>    Defendant. | Case No. 12-cv-03014-WMC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE** |
| RANCHO GUEJITO CORPORATION, a California corporation,<br><br>    Counter-Claimant,<br><br>v.<br><br>ROBERT FINCK, an individual,<br><br>    Counter-Respondent. | |

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755

P:00781238-2:25006.002

12-cv-03014-WMC

ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE

1   The Court has reviewed the Parties' Joint Motion to Dismiss Action Without
2   Prejudice. Good cause existing, the motion is GRANTED. Each Party shall bear its
3   own attorneys' fees, costs and expenses.
4   It is further ORDERED that in accordance with the Parties' consent,
5   Magistrate Judge William McCurine, Jr., shall retain jurisdiction for two years from
6   April 17, 2013, to enforce and/or adjudicate any issues pertaining to the Parties'
7   settlement agreement.

**IT IS SO ORDERED.**

DATED: 4/29/13

HONORABLE WILLIAM McCURINE, JR.
Magistrate Judge of the
United States District Court
Southern District of California

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303 • (f) 619.231.4755

P:00781238-2:25006.002   -2-   12-cv-03014-███-WMC
ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE